# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

March 1, 2018

Re: KATHLEEN BURRIS v. GAMMA
MECCANICA et al
Cause Number: 1:17−cv−01310−RLY−DLP

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40−1(f), the above matter was reassigned from Magistrate Judge Matthew P. Brookman to Magistrate Judge Doris L. Pryor on March 1, 2018.  The cause number has been changed to reflect the newly assigned Magistrate Judge.  Please note that cause number **1:17−cv−01310−RLY−DLP** must be used on all future filings.

All case schedules and deadlines before the District Judge and Magistrate Judge remain unchanged at this time, including hearing, conference, and trial dates.   In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

Sincerely,

Laura A. Briggs, Clerk of Court

By:  s/Carrie Jo Denny
Carrie Jo Denny, Deputy Clerk